AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 30, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| CHRISTOPHER P., *Plaintiff* v. COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, *Defendant* | ) ) ) ) ) ) Civil Action No. 4:25-CV-05063-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 7, is DENIED.
Commissioner's Brief, ECF No. 17, is GRANTED.
The decision of the Commissioner is AFFIRMED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian

Date: December 30th, 2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*